IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PRISCILLA JONES,** | * |
| **Plaintiff,** | * |
| vs. | * CIVIL ACTION NO. 05-00497-CG-B |
| **MICHAEL J. ASTRUE,**[1] **Commissioner of Social Security,** | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 12, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 6th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Effective February 1, 2007, Michael J. Astrue was confirmed by the Senate to serve as the Commissioner of Social Security. Accordingly, pursuant to the provisions of Rule 25(d)(1) of the Federal Rules of Civil Procedure, Astrue is substituted for Jo Anne B. Barnhart as the proper defendant in this action.