IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PRISCILLA JONES,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 05-00497-CG-B |
| | * |
| **MICHAEL J. ASTRUE,**[1] | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income be **AFFIRMED.**

**DONE** and **ORDERED** this 6th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Effective February 1, 2007, Michael J. Astrue was confirmed by the Senate to serve as the Commissioner of Social Security.  Accordingly, pursuant to the provisions of Rule 25(d)(1) of the Federal Rules of Civil Procedure, Astrue is substituted for Jo Anne B. Barnhart as the proper defendant in this action.